IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN A. MCLEOD,

      Appellant,

v.

CHARLES COLLINS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5457

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Jefferson County.
Karen Gievers, Judge.

Steven A. Mcleod, pro se, Appellant.

No appearance for Appellee.

PER CURIAM.

      AFFIRMED.

LEWIS, KELSEY, and M.K. THOMAS, JJ., CONCUR.